**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Alexis R. Woodfork–Hinton**
**aka Alexis Woodfork, aka Alexis Hinton Woodfork**
   Debtor(s)

Bankruptcy Case No.: 16–20485–GLT

Chapter: 7

**<u>FINAL DECREE</u>**

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

Natalie Lutz Cardiello is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: July 27, 2016

<u>Gregory L. Taddonio</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-20485-GLT
Alexis R. Woodfork-Hinton                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: admin            Page 1 of 1              Date Rcvd: Jul 27, 2016
                             Form ID: 129           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
db             +Alexis R. Woodfork-Hinton,    1645 Ardomore Boulevard,    Apartment 12,
                Pittsburgh, PA 15221-4457

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                          Signature: _/s/Joseph Speetjens_

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jennifer L. Cerce   on behalf of Creditor   Borough of Wilkinsburg jlc@mbm-law.net
          Jill Manuel-Coughlin    on behalf of Creditor   Federal Home Loan Mortgage Corporation
           jill@pkjllc.com,  chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
          Mary Bower Sheats    on behalf of Debtor Alexis R. Woodfork-Hinton mbsheats@fbmgg.com,
           mbsheats@icloud.com;mbsheats@gmail.com;G19303@notify.cincompass.com
          Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
                                                                                    TOTAL: 7